# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Blunt, et al., | NO. CV-23-02215-PHX-SMB |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Town of Gilbert, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 28, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

May 28, 2024

By   s/ D. Draper
Deputy Clerk